1  PETER GOODMAN, ESQ.
   State Bar No. 65975
2  400 Montgomery Street, Second Floor
   San Francisco, California 94104
3  Telephone: (415) 781-8866
   Facsimile:  (415) 781-2266
4
   Attorney for Defendant
5  JAMES MICHAEL BURGE

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                  SAN FRANCISCO DIVISION

10

11 | UNITED STATES OF AMERICA,    ) No. CR-3-08-70181 MAG
                                  )
12 |        Plaintiff,             ) STIPULATION AND [PROPOSED] ORDER
                                  ) EXCLUDING TIME AND CONTINUING
13 |    vs.                        ) COURT APPEARANCE
                                  )
14 | JAMES MICHAEL BURGE,          )
                                  )
15 |        Defendant.             )
                                  )
16                                )
                                  )
17 |_____)

18         On May 19, 2008, the parties in this case appeared before the Court for a

19  preliminary hearing. The parties requested and the Court agreed to continue the

20  preliminary hearing to June 18, 2008, so that the parties could explore pre-indictment

21  resolution of this case. The parties further stipulated that pursuant to Rule 5.1(d) of

22  the Federal Rules of Criminal Procedure ("FRCP"), the time limits set forth in FRCP

23  5.1(c) be excluded from May 19, 2008, to and including June 18, 2008. The parties

24  agree that — taking into account the public interest in prompt disposition of criminal

25  cases — good cause exists for this extension. Defendant also agrees to the exclusion

26  for this period of time any time limits applicable pursuant to 18 U.S.C. §3161. The

27  continuance is the reasonable time necessary for continuity of defense counsel and

28  for effective preparation of defense counsel, taking into account the exercise of due

1 | diligence. See 18 U.S.C. §3161(h)(8)(B)(iv). The parties also agree that the ends of
2 | justice served by granting the continuance outweigh the bests interests of the pubic and
3 | the defendant in a speedy trial under 18 U.S.C. §3161(h)(8)(A).
4 | SO STIPULATED:
5 | DATED: 5/28/08

_____
PETER GOODMAN
Attorney for Defendant
JAMES MICHAEL BURGE

SO STIPULATED:
DATED:

_____
OWEN P. MARTIKAN
Assistant United States Attorney

[PROPOSED] ORDER

For the reasons stated above, the Court finds that the exclusion of time from May 19, 2008, to and including June 18, 2008, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161(h)(8)(A); FRCP 5.1(d). The failure to grant the requested continuance would deny defendant BURGE continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice under 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: June 30, 2008

_____
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Edward M. Chen