1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  OWEN P. MARTIKAN (CSBN 177104)
   Assistant United States Attorneys
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7241
7       Facsimile: (415) 436-7234
        owen.martikan@usdoj.gov
8
   Attorneys for Plaintiff
9

**FILED**

JUL 3 1 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                   SAN FRANCISCO DIVISION
13
14  UNITED STATES OF AMERICA,        )  CR No.: 3-08-70181 MAG
                                     )
15          Plaintiff,                )  **STIPULATION AND [PROPOSED]**
                                     )  **ORDER EXCLUDING TIME**
16          v.                        )
                                     )
17  JAMES MICHAEL BURGE,             )
                                     )
18          Defendant.                )
19  _____)
20

21      On July 10, 2008, the parties in this case appeared before the Court for a preliminary hearing.
22  The parties requested and the Court agreed to continue the preliminary hearing to August 12,
23  2008, so that the parties could explore pre-indictment resolution of this case. The parties further
24  stipulated that pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set
25  forth in FRCP 5.1(c) be excluded from July 10, 2008, to and including August 12, 2008. The
26  parties agree that – taking into account the public interest in prompt disposition of criminal cases
27  good cause exists for this extension. Defendant also agrees to exclude for this period of time any
28  time limits applicable under Title 18, United States Code, Section 3161. This continuance is the

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 3-08-70181 MAG

1 reasonable time necessary for continuity of defense counsel and effective preparation of defense
2 counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).
3 The parties also agree that the ends of justice served by granting such a continuance outweigh the
4 best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).
5 SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: July 30, 2008          /s/ Owen Martikan
                              OWEN P. MARTIKAN
                              Assistant United States Attorney

DATED: July 30, 2008          /s/
                              PETER GOODMAN
                              Attorney for James Michael Burge

### [PROPOSED] ORDER

For the reasons stated above, the Court finds that an exclusion of time from July, 10, 2008, to and including August 12, 2008, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A); FRCP 5.1(d). The failure to grant the requested continuance would deny Mr. Burge continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 7-31-08

HON. MARIA-ELENA JAMES
United States Magistrate Judge

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 3-08-70181 MAG