1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  OWEN P. MARTIKAN (CSBN 177104)
   Assistant United States Attorneys
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7241
7      Facsimile: (415) 436-7234
       owen.martikan@usdoj.gov
8
   Attorneys for Plaintiff
9

                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR No.: 3-08-70181 MAG |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME** |
| v. | ) | |
| JAMES MICHAEL BURGE, | ) | |
| Defendant. | ) | |

   On August 12, 2008, the parties in this case appeared before the Court for a preliminary hearing. The parties requested and the Court agreed to continue the preliminary hearing to September 10, 2008, so that the parties could explore pre-indictment resolution of this case. The parties further stipulated that pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from August 12, 2008, to and including September 10, 2008. The parties agree that – taking into account the public interest in prompt disposition of criminal cases  good cause exists for this extension. Defendant also agrees to exclude for this period of time any time limits applicable under Title 18, United States Code,

1  Section 3161.  This continuance is the reasonable time necessary for continuity of defense
2  counsel and effective preparation of defense counsel, taking into account the exercise of due
3  diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agree that the ends of justice
4  served by granting such a continuance outweigh the best interests of the public and the defendant
5  in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).
6  SO STIPULATED:

7                                               JOSEPH P. RUSSONIELLO
                                                 United States Attorney
8

9  DATED: August 12, 2008            /s/   Owen Martikan
                                                 OWEN P. MARTIKAN
10                                              Assistant United States Attorney

11
   DATED: August 14, 2008              /s/ Peter Goodman
12                                              PETER GOODMAN
                                                 Attorney for James Michael Burge
13

14                                    **[PROPOSED] ORDER**

15      For the reasons stated above, the Court finds that an exclusion of time from August 12, 2008,
16  to and including September 10, 2008, is warranted and that the ends of justice served by the
17  continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18
18  U.S.C. §3161 (h)(8)(A); FRCP 5.1(d).  The failure to grant the requested continuance would
19  deny Mr. Burge continuity of counsel and would deny defense counsel the reasonable time
20  necessary for effective preparation, taking into account the exercise of due diligence, and would
21  result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).
22      SO ORDERED.
23
   DATED:  8/15/8
24                                              _____
                                                 HON. JOSEPH C. SPERO
25                                              United States Magistrate Judge
26
27
28

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 3-08-70181 MAG