UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>  v.<br><br>James Burge,<br><br>        Defendant(s). | No. 3:08-70181 JCS (BZ)<br><br>**ORDER TO SHOW CAUSE** |

A preliminary hearing or arraignment was scheduled on November 12, 2008 at 9:30 a.m. Peter Goodman, counsel for the defendant, failed to appear. Counsel for the government and defendant did appear. Mr. Goodman is **ORDERED** to show cause on **November 13, 2008 at 9:30 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102, why he should not be held in contempt of court or otherwise sanctioned for failure to appear at the hearing.

Dated: November 12, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\ORDERS.08\BURGE.ORDERTOSHOWCAUSE.wpd

1