JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7241
    Facsimile: (415) 436-7234
    owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 08-0830 MHP |
|     Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
|     v. ) | **ORDER EXCLUDING TIME** |
| JAMES MICHAEL BURGE ) | |
|     Defendant. ) | |

    On December 8, 2008, the parties in this case appeared before the Court for a status conference. The parties stipulated and the Court agreed that time should be excluded from the Speedy Trial Act calculations from December 8, 2008, through February 2, 2009, for effective preparation of defense counsel. The parties represented that granting the continuance would allow the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best

//

interests of the public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                        /s/
DATED: _____  _____
                                        OWEN P. MARTIKAN
                                        Assistant United States Attorney

                                        /s/
DATED: _____  _____
                                        PETER GOODMAN
                                        Attorney for James Michael Burge

## [PROPOSED] ORDER

    For the reasons stated above, the Court finds that an exclusion of time from December 8, 2008, to and including February 2, 2008, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A); FRCP 5.1(d).  The failure to grant the requested continuance would deny Mr. Burge continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 1/5/2009  _____
                                        HON.
                                        United

*IT IS SO ORDERED — Judge Marilyn H. Patel — United States District Court, Northern District of California*