1  PETER GOODMAN, ESQ.
   State Bar No. 65975
2  400 Montgomery Street, Second Floor
   San Francisco, California  94104
3  Telephone: (4l5) 781-8866
   Facsimile:  (415) 781-2266
4
   Attorney for Defendant
5  JAMES MICHAEL BURGE

6

7                  UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO DIVISION

10

11 UNITED STATES OF AMERICA,        )   No.  CR-08-0830 MHP
                                    )
12          Plaintiff,              )   STIPULATION AND [PROPOSED] ORDER
                                    )   CONTINUING SENTENCING HEARING
13      vs.                         )
                                    )
14 JAMES MICHAEL BURGE,             )
                                    )
15          Defendant.              )
                                    )
16                                  )
                                    )
17 _____ )

18      The sentencing hearing in this matter is currently scheduled to occur on July 27,

19 2009, at 9:00 a.m.  The Proposed Presentence Report was not released until July 6,

20 2009, and the Final Presentence Report is scheduled to be disclosed on July 13, 2009.

21 Defense counsel needs additional time to discuss the content of the 35 day report with

22 defendant BURGE and submit his response pursuant to Local Rule 32-4(c).

23      Defense counsel has attempted to contact the author of the report, United States

24 Probation Officer (USPO) E. Ann Searles, to determine whether she would object to a

25 two week continuance of the sentencing hearing but she is on annual leave until July 13,

26 2009.  Defense counsel has contacted Assistant United States Attorney (AUSA) Owen

27 P. Martikan who does not object to a two week continuance of the sentencing hearing in

28 this matter.

1     The parties hereby stipulate and agree that the sentencing hearing in this matter

2  be continued from July 27, 2009, at 9:00 a.m. to August 10, 2009, at 9:00 a.m.

3  SO STIPULATED:

4  DATED:   July 8, 2009

5

6                                                    /s/
                                          OWEN P. MARTIKAN
7                                          Assistant United States Attorney

8  SO STIPULATED:

9  DATED:    July 8, 2009

10

11

12                                                   /s/
                                          PETER GOODMAN
13                                         Attorney for Defendant
                                          JAMES MICHAEL BURGE
14

15                            [PROPOSED] ORDER

16     GOOD CAUSE APPEARING THEREFOR from the Stipulation of the parties,

17  IT IS HEREBY ORDERED that the sentencing hearing in this matter, which is presently

18  scheduled to occur on July 27, 2009, at 9:00 a.m., be continued to August 10, 2009, at

19  9:00 a.m.

20  DATED:   7/113/2009

21

22  MARILYN H. _____    IT IS SO ORDERED    _____
    UNITED STA_____                    _____JUDGE
23
                                   Judge Marilyn H. Patel
24

25

26

27

28

-2-