PETER GOODMAN, ESQ.
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California 94104
Telephone: (4l5) 781-8866
Facsimile: (415) 781-2266

Attorney for Defendant
JAMES MICHAEL BURGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL BURGE,<br><br>    Defendant.<br>_____ | No. CR-08-0830 MHP<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING OF DEFENDANT JAMES MICHAEL BURGE |

On July 8, 2009, defense counsel and Assistant United States Attorney ("AUSA") Owen P. Martikan submitted a Stipulation and Proposed Order seeking to continue the sentencing hearing in this matter scheduled to be heard on July 27, 2009, to August 10, 2009, in order to provide defense counsel with additional time to discuss the content of the 35 day report authored by United State Probation Officer ("USPO") E. Ann Searles with defendant BURGE. Prior to the submission of that Stipulation, defense counsel was unable to contact USPO Searles to determine if she objected to the continuance being sought because she was on annual leave until July 13, 2009.

On July 13, 2009, this Court ordered the sentencing hearing continued August 10, 2009. USPO Searles subsequently informed defense counsel that she would not be available August 10, 2009. Owing to the vacation schedules of all parties and the

-1-

1 Labor Day holiday on September 7, 2009, defense counsel is requesting that the
2 sentencing hearing in this matter be continued from August 10, 2009, at 9:00 a.m., to
3 September 14, 2009, at 9:00 a.m.
4 SO STIPULATED:
5 DATED: July 31, 2009

```
                                        /s/
                              _____
                              OWEN P. MARTIKAN
                              Assistant United States Attorney
```

SO STIPULATED:
DATED: July 31, 2009

```
                                        /s/
                              _____
                              PETER GOODMAN
                              Attorney for Defendant
                              JAMES MICHAEL BURGE
```

[PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFOR from the Stipulation of the parties, IT IS HEREBY ORDERED that the sentencing hearing in this matter, which is presently scheduled to occur on August 10, 2009, at 9:00 a.m., be continued to September 14, 2009, at 9:00 a.m.

DATED: 8/6/2009

_____
MARILYN H. PATEL
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

-2-